
**Fox Rothschild** LLP
ATTORNEYS AT LAW

101 Park Avenue
New York, NY 10178
Tel (973) 992-4800  Fax (973) 992-9125
www.foxrothschild.com

JORDAN B. KAPLAN
Direct No:  973.994.7819
Email: jbkaplan@foxrothschild.com

Application GRANTED.  The
conference is adjourned.

SO ORDERED.
9/1/2021

P. Kevin Castel
United States District Judge

September 1, 2021

**VIA ECF**

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

     Re:    **Diamond v. 500 SLD, LLC**
            **Civil Action No. 1:21-cv-2604-PKC**

Dear Judge Castel:

     We represent defendants Scott Diamond and 500 SLD, LLC (collectively, "Defendants").  We write pursuant to Your Honor's Individual Practices, and with the consent of all parties, to request to adjourn the initial conference in this matter, which is presently scheduled for September 2, 2021.

     As the Court is aware from our prior correspondence, the parties are engaged in global settlement discussions, which continue to progress towards resolution, that would result in the dismissal of the within lawsuit.  The parties will be meeting in person within the next week, and hope to finalize the terms of a global settlement agreement shortly.  While the parties continue to progress in their settlement negotiations, we respectfully request a brief adjournment of the initial conference.

     As always, we thank the Court for its time and attention to this matter.  Should the Court require anything further from Defendants, please do not hesitate to have Your Honor's chambers reach out to me directly.

                       Respectfully submitted,

                       Jordan B. Kaplan

cc:    Counsel of Record (*via ECF*)

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington