UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WARREN DIAMOND, ET AL.,

                Plaintiffs,                        21-cv-2604 (PKC)

    -against-                                     ORDER

500 SLD LLC, ET AL.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Initial Pretrial Conference in the matter scheduled for April 22, 2022 is adjourned to May 13, 2022 at 11 a.m.  Call-In: 1-888-363-4749.  Access Code: 3667981.

        SO ORDERED.

                                              P. Kevin Castel
                                          United States District Judge

Dated:  New York, New York
         April 14, 2022