UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WARREN DIAMOND and
FAITH DIAMOND
                              Plaintiff(s),

                - against -

SCOTT DIAMOND
                              Defendant(s).
------------------------------------------------------------X

21 Civ. 2604 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Plaintiffs' final pretrial submissions consisting of request to charge, voir dire, verdict sheet and any in limine motions are due May 22.

2. Defendants' final pretrial submissions, including any in limine motion of his own and responses to plaintiffs' submissions are due June 19.

3. Any response to defendants' in limine motions is due from plaintiff by June 30.

4. Plaintiffs shall deliver their portion of the Joint Pretrial Order to defendant by May 22 and defendant shall deliver a completed Joint Pretrial Order to plaintiff by June 19 and file with the Court by June 30.

2

The ~~next Case Management Conference~~ [the Final Pretrial Conference] will be held on _July 18, 2023_ at _11_ am/~~pm~~. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 25, 2023

Defendant may file its Rule 11 motion at the expiration of the safe harbor period.