UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WARREN DIAMOND and FAITH
DIAMOND, as the Trustee of the
Diamond Trust,

                       Plaintiffs,                      21-cv-2604 (PKC)

     -against-                                   ORDER

SCOTT DIAMOND and 500 SLD, LLC,

                       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Final Pretrial Conference is scheduled for July 18, 2023. The parties have advised the Court that after this date they are not available to try this case during the following months of 2023:

- July 2023
- August 2023
- September 2023
- November 2023
- December 2023

        The demands on the Court by detained defendants and civil parties who actually seek a prompt trial do not permit the Court to offer trial dates on demand. Requests involving actual trial engagements, religious observances, and scheduled vacations are generally honored. Discovery depositions, administrative hearings, and arbitrations cannot always be accommodated.

        Lead trial counsel for each side shall identify the date, place, duration, and nature of any conflicting obligation for the final six months of 2023. In the case of any trial or proceeding, the Court, docket number, name of the action, name of the trial judge, and the

- 2 -

anticipated duration shall be furnished.  Only conflicts for lead trial counsel should be listed. File the schedule on ECF by June 2, 2023, and update with any change of availability within 14 days of the change.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 1, 2023