THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN DIAMOND and FAITH DIAMOND, as the Trustee of the Diamond Trust,

    Plaintiffs,

v.

SCOTT DIAMOND and 500 SLD, LLC,

    Defendants.

Civil Action No. 21-2604

~~(PROPOSED)~~ ORDER FOLLOWING PRETRIAL CONFERENCE

CASTEL, U.S.D.J.

The following is **ORDERED**:

1. Plaintiff's pretrial submissions consisting of request to charge, voir dire, verdict sheet and any in limine motions are due __July 7__, 2023;

2. Defendants final pretrial submissions, including any in limine motions of his own and responses to Plaintiffs' submissions are due __July 28__, 2023;

3. Any responses to Defendant's in limine motions by Plaintiffs are due by __August 11__ 2023;

4. Plaintiff shall deliver their portion of the Joint Pretrial Order to Defendant by __July 7__, 2023;

5. Defendant shall deliver a completed Joint Pretrial Order to Plaintiff by __July 28__, 2023, and file with the Court by __August 11__, 2023; and

6. The Final Pretrial Conference ~~is~~ scheduled for __July 18__, 2023. ~~Any conference scheduled for a date prior thereto is adjourned.~~ is adjourned to September 12, 2023 at 2PM.

**SO ORDERED,**

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
5-11-23