THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN DIAMOND and FAITH DIAMOND, as the Trustee of the Diamond Trust, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT DIAMOND and 500 SLD, LLC, <br><br> Defendants. | Civil Action No. 21-2604 <br><br> FINAL <br> (PROPOSED) ORDER FOLLOWING PRETRIAL CONFERENCE |

CASTEL, U.S.D.J.

The following is **ORDERED**:

1. Plaintiff's pretrial submissions consisting of request to charge, voir dire, verdict sheet and any in limine motions are due ___August 10___, 2023;

2. Defendants final pretrial submissions, including any in limine motions of his own and responses to Plaintiffs' submissions are due ___September 1___, 2023;

3. Any responses to Defendant's in limine motions by Plaintiffs are due by ___September 15___ 2023;

4. Plaintiff shall deliver their portion of the Joint Pretrial Order to Defendant by ___August 18___, 2023;

5. Defendant shall deliver a completed Joint Pretrial Order to Plaintiff by ___Sept 13___, 2023, and file with the Court by ___Sept 19___, 2023; and

6. The Final Pretrial Conference is scheduled for ___Sept 28___, 2023 at 4:30 pm. Any conference scheduled for a date prior thereto is adjourned.

**SO ORDERED,**

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
  ___7-6-23___