UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WARREN DIAMOND and FAITH DIAMOND,
*as the Trustee of the Diamond Trust*,

        Plaintiffs,                21-cv-2604 (PKC)

   -against-                   ORDER

500 SLD LLC and SCOTT DIAMOND,

        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The TIME for the Final Pretrial Conference on Thursday, September 28, 2023 is moved up to 11:00 a.m. in Courtroom 11D.

        SO ORDERED.

        *P. Kevin Castel*
        P. Kevin Castel
        United States District Judge

Dated:  New York, New York
          September 19, 2023