UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN DIAMOND, et al.,

        Plaintiff(s),                  21-cv-2604 (PKC)

  -against-                            ORDER

500 SLD LLC, et al.,

        Defendant(s),

_____

CASTEL, United States District Judge.

        The Final Pretrial Conference scheduled for September 28, 2023 is adjourned to October 19, 2023 at 11:30 a.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 26, 2023