THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN DIAMOND and FAITH DIAMOND, as the Trustee of the Diamond Trust,<br><br>        Plaintiffs,<br><br>v.<br><br>SCOTT DIAMOND and 500 SLD, LLC,<br><br>        Defendants. | Civil Action No. 21-2604<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Matthew K. Blaine for admission to practice *pro hac vice* in the above captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the State of New Jersey and that his contact information is as follows:

>Matthew K. Blaine
>Davison Eastman Munoz & Paone, P.A.
>100 Willow Brook Road, Suite 100
>Freehold, New Jersey 07728
>Tel: (732) 462-7170
>Email: mblaine@respondlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs, Warren Diamond and Faith Diamond, as Trustee of the Diamond Trust, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

*[signature]*

HON. P. KEVIN CASTEL, U.S.D.J.

DATED: 11/13/2023