UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN DIAMOND, et al.,

               Plaintiff(s),                      21-cv-2604 (PKC)

      -against-                               ORDER

SCOTT DIAMOND, et al.,

               Defendant(s),

_____

CASTEL, United States District Judge.

      Defendants' Motion for Sanctions (ECF 57) is DENIED without prejudice to renewal at the conclusion of the case.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         March 21, 2024