**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
WARREN DIAMOND and FAITH DIAMOND, as
Trustee of the Diamond Trust,

                              Plaintiffs,
     -against-                                        21 **CIVIL** 2604 (PKC)

                                                          **JUDGMENT**
SCOTT DIAMOND and SLD 500, LLC,

                              Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 30, 2024, the Court has GRANTED defendants' motion for judgment on the pleadings; accordingly, the case is closed.

**Dated:** New York, New York
       May 30, 2024

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                        **Clerk of Court**
                            **BY:**              K. Mango
                                                     _____
                                                          **Deputy Clerk**